IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

STACY EUGENE ERVIN                          §

VS.                                         §          CIVIL ACTION NO. 4:25-CV-832

DIRECTOR, TDCJ-CID                          §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Stacy Eugene Ervin, an inmate currently confined at the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed a successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Dkt. 4].

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court.  The magistrate judge recommends dismissing the petition with prejudice as to its refiling without permission from the Fifth Circuit, but without prejudice as to its refiling once such permission has been obtained [Dkt. 7].  The magistrate judge also recommends denying a certificate of appealability [Dkt. 7].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.  The petition for the writ of habeas corpus under 28 U.S.C. § 2254 [Dkt. 4] is DISMISSED with prejudice as to its refiling without permission from the Fifth Circuit, but without prejudice as to its refiling once such permission has been

obtained.   A certificate of appealability is DENIED.   A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 16th day of April, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge